✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA

V.

NICKOLAS O'BRIEN

## EXHIBIT AND WITNESS LIST

Case Number:  2:24-mj-00020-BR-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| U.S. Magistrate Judge Lee Ann Reno | Morgan Anne Casey-DOJ | Benjamin David Doyle-CJA |

| DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/14/2024 | Digital | D. Aguilera |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 3/14/2024 | | | WITNESS FBI TFO ANDREW KREUSEL SWORN AND TESTIFIED |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.